IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, the CHICAGO AND NORTHEAST ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICE AND TRAINEE PROGRAM FUND, and<br><br>MARTIN C. UMLAUF, JEFFREY ISAACSON, FRANK T. LIBBY, JOSEPH PASTERINO, KEITH JUTKINS, RICHARD A. BAGGIO, BENJAMIN A. JOHNSTON, J. DAVID PEPPER, THOMAS S. RAKOW, and PAUL R. HELLERMAN as Trustees of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION AND WELFARE FUND,<br><br>MARTIN C. UMLAUF, JEFFREY ISAACSON, BRUCE A. NELSON, FRANK T. LIBBY, C. DAVID PEPPER, RICHARD A. BAGGIO, WILLIAM E. O'NEIL, AND ROBERT J. CORRIGAN, as Trustees of the CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM,<br><br>Plaintiffs,<br><br>v.<br><br>RUBY CONSTRUCTION CO., INC. and RED STONE BUILDERS, INC.<br><br>Defendants. | CIVIL ACTION<br><br>FILED: JUNE 18, 2008<br>08CV3495<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE COLE<br><br>PH<br><br><br><br><br><br><br>Case No. |

**COMPLAINT**

Plaintiffs, the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., by their attorneys, Whitfield McGann & Ketterman, complain of the Defendants, RUBY CONSTRUCTION CO., INC., et al., as follows:

1.      This action arises under Section 502 of the Employee Retirement Income Security Act and Section 301 of the Taft-Hartley Act.  (29 U.S.C. §§1132 and 185).  Jurisdiction is founded on the existence of questions arising thereunder.

2.      The Chicago Regional Council of Carpenters Pension Fund, the Chicago Regional Council of Carpenters Welfare Fund and the Chicago Regional Council of Carpenters Apprentice and Trainee Program ("Trust Funds") receive contributions from numerous employers pursuant to Collective Bargaining Agreements between the employers and the Chicago Regional Council of Carpenters, ("Union"), and therefore, are multiemployer plans.  (29 U.S.C. §1002).  The Trust Funds are administered at 12 East Erie Street, Chicago, Illinois and venue is proper in the U.S. District Court for the Northern District of Illinois.

3.      Ruby Construction Co., Inc. is an employer engaged in an industry affecting commerce agreed to be bound by a Collective Bargaining Agreement whose terms require Defendant to pay fringe benefits to the Trust Funds.

4.      The Collective Bargaining Agreement also binds Ruby Construction Co., Inc. to the provisions of the Agreement and Declarations of Trust that created the Trust Funds ("Trust Agreements").

5.      Ruby Construction Co., Inc. is required to make contributions to the Trust Funds for each hour worked by its carpenter employees at the rate and in the manner specified in the Collective Bargaining Agreements and Trust Agreements.  In addition, Ruby Construction Co., Inc. is required to make contributions to the Trust Funds measured by the hours worked by subcontractors that are not signatory to a Collective Bargaining Agreement with the Union.

6.      Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreements, Ruby Construction Co., Inc. is required to provide access to the records necessary

for the Trust Funds to determine whether there has been compliance with the obligation to contribute to the Trust Funds.

7. Red Stone Builders, Inc. is related to Ruby Construction Co., Inc. and performs bargaining unit work. The two companies have common officers.

8. Red Stone Builders, Inc. is a disguised continuance of Ruby Construction Co., Inc. and/or participated with Ruby Construction Co., Inc. in avoiding its Trust Fund obligations.

9. Red Stone Builders, Inc. is the alter ego of Ruby Construction Co., Inc. or is bound to the Collective Bargaining Agreement under a single or joint employer theory, as such, plaintiffs are entitled to compliance from the related entity to the terms of the Collective Bargaining Agreement and Trust Agreements.

10. Red Stone Builders, Inc. breached the provisions of the Collective Bargaining Agreement by failing to allow Plaintiffs to complete an audit of the books and records of Red Stone Builders, Inc. for the period April 2000 through the present after a demand for an audit was made upon Red Stone Builders, Inc.

11. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreements, Red Stone Builders, Inc. is required to pay liquidated damages, auditor fees and all attorney fees and court costs incurred by the Trust Funds in the collections process.

12. Plaintiffs have complied with all conditions precedent in bringing this suit.

13. Plaintiffs have been required to employ the undersigned attorneys to compel the audit of Red Stone Builders, Inc.'s books and records and collect the monies that may be found to be due and owing.

14. Red Stone Builders, Inc. is obligated to pay the attorney fees and court costs incurred by the Plaintiffs pursuant to 29 U.S.C.§ 1132(g)(2)(D).

15. Pursuant to 29 U.S.C. 1132(g)(2)(B), Plaintiffs are entitled to an amount equal to the greater of :

   a)   double interest; or
   b)   interest plus liquidated damages.

   WHERERFORE, Plaintiffs pray:

A.   That Defendant Red Stone Builders, Inc. be required to provide access to its records within ten (10) days for the period of April 2000 through the present so that the audit can be completed.

B.   That the Court finds that each Defendant be held jointly and severally liable as alter-ego entities and as such, be required to pay all contributions shown to be owed after the completion of the audit.

C.   That the Defendants be ordered to pay interest on the amount that is due pursuant to 29 U.S.C. §1132(g)(2)(B).

D.   That the Defendants be ordered to pay interest or liquidated damages on the amount that is due pursuant to 29 U.S.C. §1132(g)(2)(C).

E.   That the Defendants be ordered to pay the reasonable attorney fees and costs incurred by the Plaintiffs. 29 U.S.C. §1132.

        Respectfully Submitted,

        CHICGAO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al.

        s/Travis J. Ketterman
By:   _____
        TRAVIS J. KETTERMAN

Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, Illinois  60601
312/ 251-9700