## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv3495     Assigned/Issued By: j,.n.

Judge Name: PALLMEYER     Designated Magistrate Judge: COLE

---

### FEE INFORMATION

Amount Due:  ☑ $350.00     ☐ $39.00     ☐ $5.00
             ☐ IFP         ☐ No Fee     ☐ Other _____
             ☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____     Receipt #: 2867447_____

Date Payment Rec'd: 6-18-08_____     Fiscal Clerk: J. N._____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          _____
                                       *(Victim, Against and $ Amount)*
☐ Writ _____            ☐ Other
        *(Type of Writ)*               _____
                                       _____
                                       *(Type of issuance)*

2____ Original and 0_____ copies on 6/18/08_____ as to ALL DEFENDANTS_____
                                        *(Date)*