IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 3495 |
| v. | ) ) | Judge Pallmeyer |
| RUBY CONSTRUCTION CO., INC. and RED STONE BUILDERS, INC. | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Please take notice on **July 17, 2008,** the Chicago Regional Council of Carpenters Pension Fund, et al., by and through their attorney, Travis J. Ketterman, hereby dismiss Defendant Red Stone Builders, Inc. with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.  Defendant Ruby Construction Co., Inc. remains a Defendant in this case.

                Respectfully Submitted,

                CHICGAO REGIONAL COUNCIL OF
                CARPENTERS PENSION FUND et al.

                    s/Travis J. Ketterman
       By:  _____
                  TRAVIS J. KETTERMAN

Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, Illinois  60601
312/ 251-9700