## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3495 | **DATE** | 7/21/2008 |
| **CASE TITLE** | Chicago Regional Council of Carpenters Pension Fund, et al vs. Ruby Construction Co., Inc., et al | | |

**DOCKET ENTRY TEXT**

Pursuant to Notice of Dismissal, Defendant Red Stone Builders, Inc is dismissed with prejudice pursuant to Rule 14(a)(1)(I) of the Federal Rules of Civil Procedure. The case remains pending as against Defendant Ruby Construction Co., Inc.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|