# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08-CV-3495 |

Chicago Regional Council of Carpenters Pension Fund, et al.
    Plaintiff,

v.

Ruby Construction Co., Inc. and Red Stone Builders, Inc.
    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ruby Construction Co., Inc.

| |
|---|
| NAME (Type or print) <br> Jordan M. Goodman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jordan M. Goodman |
| FIRM <br> Littler Mendelson, P.C. |
| STREET ADDRESS <br> 200 North LaSalle Street - Suite 2900 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6292897 | TELEPHONE NUMBER <br> 312-372-5520 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

  I, Jordan M. Goodman, an attorney, hereby certify that on August 5, 2008, a true and correct copy of the foregoing Appearance was filed electronically, using the CM/ECF System, which will automatically send e-mail notifications of such filing to the following attorneys of record.

Travis J. Ketterman<br>
Whitfield McGann & Ketterman<br>
111 E. Wacker Drive<br>
Suite 2600<br>
Chicago, IL 60601

                  /s/ Jordan M. Goodman